# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VOICES FOR INDEPENDENCE, ET AL., | }<br>} No. 1:06-cv-00078-MRH<br>}<br>} Judge Hornak<br>}<br>}<br>}<br>}<br>}<br>}<br>} |
| Plaintiffs, | |
| vs. | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, ET AL., | |
| Defendants. | |

## STATUS REPORT

AND NOW, come the Defendants, Commonwealth of Pennsylvania Department of Transportation ("PennDOT") and Biehler ("the State Defendants"), by their attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Karen M. Romano, Chief Deputy Attorney General, Chief, Litigation Section, and submit the following reports as required by the several Settlement Agreements between Plaintiffs and Defendant Commonwealth of Pennsylvania Department of Transportation in the above-captioned case:

1. PennDOT's annual report for 2019 for the City of Erie is attached hereto, at Exhibit A (City of Erie), and is now being filed with the Court herewith.

2. PennDOT's annual report for 2019 for the City of Meadville is attached hereto, at Exhibit B (City of Meadville), and is now being filed with the Court herewith.

WHEREFORE, the State Defendants respectfully request that this Honorable Court accept the reports being herewith filed in this matter.

                                        Respectfully submitted,

                                        JOSH SHAPIRO
                                        Attorney General

| Office of Attorney General |   s/ Scott A. Bradley |
|---|---|
| Litigation Section | Scott A. Bradley |
| 1521 Waterfront Place | Senior Deputy Attorney General |
| Mezzanine Level | Attorney I.D. No. 44627 |
| Pittsburgh, PA 15222 | |
| | Karen M. Romano |
| | Chief Deputy Attorney General |
| Phone: (412) 565-3586 | |
| Fax:   (412) 565-3019 | |

Date:  January 31, 2020